**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Norman R. Candelore Jr.  CHAPTER 11
<u>Debtor(s)</u>

BKY. NO. 25-21608 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
25 Jun 2025, 12:14:25, EDT

Denise Carlon, Esq. (317226)  ☑
Matthew Fissel, Esq. (314567)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: dfd92b0e472da4b37843a51e97bc885550e210992e5146f4795636b227577468