| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Norman R. Candelore Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–4237 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 11    6/20/25 |
| Case number: | 25–21608–JCM | | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Norman R. Candelore Jr. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 513 Gala Dr.<br>Canonsburg, PA 15317 | |
| 4. **Debtor's attorney**<br>Name and address | Donald R. Calaiaro<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219 | Contact phone  412–232–0930<br><br>Email  dcalaiaro@c-vlaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | Crystal Thornton–Illar<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 | Contact phone _____<br><br>Email: cthornton–illar@leechtishman.com |

**For more information, see page 2 >**

Debtor  **Norman R. Candelore Jr.**                                                                 Case number **25–21608–JCM**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 6/24/25 |
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 21, 2025 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **341 Meeting will be conducted by phone, please consult the docket or, US Trustee for call information.** |
| **8.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is: _____.** **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):** 8/23/25 **For a governmental unit:**    12/16/25 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

Debtor  **Norman R. Candelore Jr.**                                                                                               Case number **25–21608–JCM**

| | |
|---|---|
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21608-JCM |
| Norman R. Candelore, Jr. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 24, 2025 | Form ID: 309E2 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norman R. Candelore, Jr., 513 Gala Dr., Canonsburg, PA 15317-3286 |
| aty | + | William M. Buchanan, DOJ-Ust, 1000 Liberty Avenue, Ste 1316, Pittsburgh, PA 15222-4013 |
| 16548102 | + | 4704 Inc., c/o Jason Kelley, Esquire, 424 S 27th St., Suite 210, Pittsburgh, PA 15203-2379 |
| 16548104 | + | BH Funding Company, 1233 McDonald Ave., Brooklyn, NY 11230-3322 |
| 16548103 | + | Bethel Park, 1702 Lincoln Way, White Oak, PA 15131-1716 |
| 16548105 | + | Blue Rock Capital Group, 10 W 37th Street, RM 602, New York, NY 10018-7473 |
| 16548111 | + | Cynthia A. Candelore, 513 Gala Dr., Canonsburg, PA 15317-3286 |
| 16548112 | + | D&T Enterprise, 5007 Clydesdale Court, Murrysville, PA 15668-1512 |
| 16548113 | + | Darry Oliver, 268 Spectrum Road, Summerville, SC 29486-0902 |
| 16548114 | + | Finleyville, 561 McClelland Road, Finleyville, PA 15332-9748 |
| 16548117 | | Funders App, LLC, 3223 North East 163rd St., Suite 401, North Miami Beach, FL 33160 |
| 16548119 | + | HCPPC, 319 Fineview Drive, Canonsburg, PA 15317-3030 |
| 16548121 | | Internal Revenue Service, P.O. Box 7502501, Cincinnati, OH 45280 |
| 16548122 | + | Jeff Oliver, 104 Fairt Street, Carmichaels, PA 15320-1324 |
| 16548123 | + | Jim Pelissero, 1115 West Main Street, Monongahela, PA 15063-2847 |
| 16548125 | + | PA Department of Revenue, 1854 Brookwood Street, Harrisburg, PA 17104-2244 |
| 16548126 | | Patricia L. McGrail, Esquire, McGrail & Associates, LLC, Saint Louis, MO 63179 |
| 16548128 | + | Quick Funding Group, 157 Church Street, New Haven, CT 06510-2100 |
| 16548130 | + | Richard Jones, 7155 Barry Road, Alexandria, VA 22315-3408 |
| 16548131 | + | Sinclair Funding Group, 1100 Coney Island Ave., Brooklyn, NY 11230-2342 |
| 16548132 | + | Summit Holdings, 336 Rock Run Road, Elizabeth, PA 15037-2449 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dcalaiaro@c-vlaw.com | Jun 25 2025 00:12:00 | Donald R. Calaiaro, Calaiaro Valencik, 555 Grant Street, Suite 300, Pittsburgh, PA 15219 |
| tr | + | Email/Text: cthornton-Illar@leechtishman.com | Jun 25 2025 00:12:00 | Crystal Thornton-Illar, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2025 00:12:00 | Internal Revenue Service, Special Procedures Division, P.O. Box 628, Bankruptcy Section, Pittsburgh, PA 15230 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2025 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2025 00:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jun 25 2025 00:13:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16548107 | + | Email/Text: jpaige@cfgms.com | | |

Case 25-21608-JCM   Doc 19   Filed 06/26/25   Entered 06/27/25 00:34:12   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 309E2 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 25 2025 00:12:00 | CFG Merchant Solutions, 180 Maiden Lane, 15th Floor, New York City, NY 10038-5150 |
| 16548108 | | Email/Text: cfcbackoffice@contfinco.com | Jun 25 2025 00:12:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 16548109 | | Email/Text: cfcbackoffice@contfinco.com | Jun 25 2025 00:12:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16548106 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2025 00:21:27 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16548110 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 00:21:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16548115 | ^ | MEBN | Jun 25 2025 00:04:29 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 16548116 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 25 2025 00:21:35 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16548118 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 25 2025 00:13:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16548120 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2025 00:21:20 | Home Depot, P.O. Box 790345, Saint Louis, MO 63179-0345 |
| 16548124 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 25 2025 00:12:00 | Lakeview Loans, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 16548129 | | Email/Text: cscommunications@mrvbanks.com | Jun 25 2025 00:12:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 16548127 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2025 00:21:29 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 16548133 | + | Email/Text: famc-bk@1stassociates.com | Jun 25 2025 00:13:00 | Total Visa/tbom/vt, Po Box 89028, Sioux Falls, SD 57109-9028 |
| 16548134 | | Email/Text: bknotice@upgrade.com | Jun 25 2025 00:12:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 16548135 | + | Email/PDF: cbp@omf.com | Jun 25 2025 00:21:22 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 26, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jun 24, 2025 | Form ID: 309E2 | Total Noticed: 42

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald R. Calaiaro | on behalf of Debtor Norman R. Candelore Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| William M. Buchanan | on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov williammbuchanan@yahoo.com;ddefoor@cohenseglias.com |

TOTAL: 3