IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 25-21608-JCM |
| | ) |
| Norman R Candelore Jr. | ) **Chapter** 11 (Subchapter V) |
| | ) |
| | ) |
| **Debtor,** | ) |

**DECLARATION REGARDING THE NON-EXISTENCE AFFIDAVIT REGARDING BALANCE SHEET, CASH FLOW STATEMENT, STATEMENT OF OPERATIONS AND PURSUANT TO 11 U.S.C. § 1116(1)(B)**

Pursuant to 28 U.S.C. § 1746, I, **Norman R. Candelore Jr.**, hereby declare as follows:

1. The Debtor and Debtor-in-Possession in the chapter 11 (Subchapter V) bankruptcy proceeding filed in the United States Bankruptcy Court for the Western District of Pennsylvania at Case No. 25-21608-JCM.

2. Prior to the signing of this Declaration, I reviewed the records regularly available to me and kept in the ordinary course of business.

3. I do declare that I personally have a balance sheet, statement of operations, or cash-flow statement have been prepared in this bankruptcy case. I am individually employed, and I have a partial ownership of a business.

4. I have no employees, and I do not file federal 941 returns,

5. I further declare that no tax return has been filed for the Debtor because the income tax return for 2024 is on extension and has not been filed, as of this date.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 6/26/25

BY: _____
Norman R. Candelore Jr.