**Norman R. Candelore Jr.**                                                              **Case No. 25-21608**

**Debtor**

# STATEMENT OF INCOME

I, Donald R. Calaiaro, do hereby verify that the Debtor, Norman R. Candelore Jr., does not receive paystubs. He receives $16,099.50 monthly from Sarris Candies Inc..

DATE:  July 3, 2025                                                 /s/ Donald R. Calaiaro
                                                                                 Donald R. Calaiaro, Esquire
                                                                                 Attorney for Debtor

**Norman R. Candelore Jr.**                                    **Case No. 25-21608**

    **Debtor**

## STATEMENT OF INCOME

    I, Donald R. Calaiaro, do hereby verify that the Debtors wife, does not receive paystubs. She receives $8,724.52 monthly from Sarris Candies Inc..

DATE:  _July 3, 2025_                              __/s/ Donald R. Calaiaro_____
                                                                                    Donald R. Calaiaro, Esquire
                                                                                   Attorney for Debtor