**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 25-21608-JCM |
| Norman R. Candelore, Jr., | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Norman R. Candelore, Jr., | ) **Related Document No.** 25-24 |
| **Movant,** | ) **Hearing Date:** 08/07/25 @ 1:30 p.m. |
| v. | ) **Responses Due:** 07/17/25 |
| No Respondent. | ) **Document No.** |

### SUPPLEMENT TO MOTION TO EMPLOY ACCOUNTANT

Attached is a copy of the Fee Agreement between the Debtor and P&H Business Services, PC.

**Respectfully submitted,**

**Dated:** July 7, 2025                             **CALAIARO VALENCIK**

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esq.  PA I.D. No. 27538**

**555 Grant Street, Suite 300**
**Pittsburgh, PA  15219**
**Phone:**        **(412) 232-0930**
**Fax:**          **(412) 232-3858**
**Email:**        **dcalaiaro@c-vlaw.com**



# P & H Business Services, P C

Tax - Quick Books - Payroll

*Web Based Accounting in the Cloud*

July 2, 2025

**CONFIDENTIAL**

Mr. Norman Candelore, Jr
513 Gala Drive
McMurray, PA 15317

Dear Norman:

This letter confirms the agreement for P&H Business Services, PC (the "firm") to provide accounting services related to your bankruptcy filings.

The client agrees to pay $100 an hour for any billings by Laura Helbling and $200 an hour by Chris Pogozelski.

To accept the fee arrangement, please sign and return a copy of this to our office.

Agreed to on this day of July 4, 2025.

_____
Client Signature

_____
Laura Helbling, Vice President
P&H Business Services, PC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy Case No. 25-21608-JCM |
| Norman R. Candelore, Jr., | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Norman R. Candelore, Jr., | ) Related Document No. 25-24 |
| **Movant,** | ) **Hearing Date:** 08/07/25 @ 1:30 p.m. |
| v. | ) **Responses Due:** 07/17/25 |
| No Respondent. | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Supplement to
## Motion to Employ Accountant

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 7, 2025.

Attached Mailing Matrix and

Laura Helbling and P & H Business Services, P.C., PO Box 724, Bridgeville, PA 15017

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Date of Service:** July 7, 2025        **CALAIARO VALENCIK**

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esq.  PA I.D. No. 27538**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone:**     (412) 232-0930
**Fax:**       (412) 232-3858
**Email:**     dcalaiaro@c-vlaw.com