**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 25-21608-JCM |
| Norman R. Candelore, Jr., | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Norman R. Candelore, Jr., | ) **Related Document No.** 22-23 |
| **Movant,** | ) **Hearing Date:** 08/07/25 @ 1:30 p.m. |
| **v.** | ) **Responses Due:** 07/17/25 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO EMPLOY CALAIARO VALENCIK AS COUNSEL TO THE DEBTOR AND**
**DEBTOR-IN-POSSESSION AS OF THE PETITION DATE - Document No. 22**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession as of the Petition Date** filed on June 30, 2025 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession as of the Petition Date** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession as of the Petition Date** were to be filed and served no later than July 17, 2025.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession as of the Petition Date** be entered by the Court.

**DATE:** July 18, 2025

**CALAIARO VALENCIK**

**BY:** /s/ Donald R. Calaiaro
Donald R. Calaiaro, Esq.  PA I.D. No. 27538

555 Grant Street, Suite 300
Pittsburgh, PA  15219
**Phone:**       (412) 232-0930
**Fax:**         (412) 232-3858
**Email:**       dcalaiaro@c-vlaw.com

8