**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 25-21608-JCM |
| Norman R. Candelore, Jr., | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Norman R. Candelore, Jr., | ) **Related Document No.** 24-25 |
| **Movant,** | ) **Hearing Date:** 08/07/25 @ 1:30 p.m. |
| **v.** | ) **Responses Due:** 07/17/25 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EMPLOY
ACCOUNTANT - Document No. 24**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Accountant** filed on June 30, 2025 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Accountant** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Accountant** were to be filed and served no later than July 17, 2025.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Accountant** be entered by the Court.

**DATE:** July 18, 2025                **CALAIARO VALENCIK**

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esq.  PA I.D. No. 27538**

**555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone:       (412) 232-0930
Fax:           (412) 232-3858
Email:        [dcalaiaro@c-vlaw.com](mailto:dcalaiaro@c-vlaw.com)**