**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 25-21608-JCM |
| Norman R. Candelore, Jr., | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Norman R. Candelore, Jr., | ) **Hearing Date:** 08/07/25 @ 1:30 p.m. |
| **Movant,** | ) **Responses Due:** 07/17/25 |
| v. | ) |
| No Respondent. | ) **Related Document No. 22** |

**ORDER APPROVING COUNSEL FOR THE DEBTOR**

    ***AND NOW,*** this <u>18th</u>day of <u>     July     </u>, **2025**, upon consideration of the ***Motion for Approval of Attorneys (Motion to Employ Calaiaro Valencik as Counsel to Debtor and Debtor-in-Possession as of the Petition Date***) filed at Document No. DOC #__, it is ***ORDERED, ADJUDGED and DECREED*** as follows:

    (1)    ***Calaiaro Valencik, 555 Grant Street, Suite 300, Pittsburgh, PA 15219*** is hereby appointed, *as of the date of the bankruptcy filing*, as Attorney(s) for Debtor in this bankruptcy proceeding for the reasons set forth in the *Application*. Fees incurred prior to the date of application will be considered to the extend reasonably related to the case filing.

    (2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

    (3)    Approval of any motion for appointment of counsel in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order. ***Any retainer paid to the Attorney is unaffected by this Order and remains property of the Estate until further order of Court.***

    (4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Attorney, this *Order* does not authorize the Attorney to retain or pay any outside counsel or other professional to assist Attorney in this matter unless such is done at no expense to Movant, directly or

indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

       (5)   *Movant shall serve the within Order on all interested parties and file a certificate of service.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court
SIGNED
7/18/25 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21608-JCM |
| Norman R. Candelore, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Norman R. Candelore, Jr., 513 Gala Dr., Canonsburg, PA 15317-3286 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: cthornton-Illar@leechtishman.com | Jul 19 2025 00:17:00 | Crystal Thornton-Illar, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 20, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Norman R. Candelore Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

William M. Buchanan
    on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov
    williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

TOTAL: 5