

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

---

*William S. Moorhead Federal Building*  *(412) 644-4756*
*1000 Liberty Avenue, Suite 1316*  *Fax (412) 644-4785*
*Pittsburgh, Pennsylvania 15222*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Norman R. Candelore, Jr.                              Case No. 25-21608 JCM

                                                      Chapter 11

            Debtor.

The §341(a) Meeting of Creditors was convened telephonically on July 21, 2025 and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: */s/William Buchanan*
    William Buchanan
    Trial Attorney
    Presiding Officer
    William.Buchanan@usdoj.gov

Date: July 21, 2025