**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 25-21608-JCM |
| | ) **Chapter** 11 (Subchapter V) |
| Norman R. Candelore, Jr., | ) **Status Conference:** 08/7/25 @ 1:30 p.m. |
| | ) **Related Document No.** 1, 11 |
| **Debtor.** | ) **Document No.** |

## SUBCHAPTER V STATUS REPORT

**AND NOW,** comes the Debtor and Debtor-in-Possession, Norman R. Candelore, Jr., by and through its counsel of record, Calaiaro Valencik and Donald R. Calaiaro, and presents the following Subchapter V Status Report as required by Section 1188(c) of the Bankruptcy Code and the Order of Court dated June 23, 2025:

1.      Norman R. Candelore, Jr. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Pennsylvania on June 20, 2025 (the "Petition Date").

2.      The Debtor elected to proceed under subchapter V of chapter 11. 11 U.S.C. § 1181-1194.

3.      On June 23, 2025, this Honorable Court entered its *Order Establishing Case Management Deadlines* (the "Case Management Order"). Doc. No. 11. Pursuant to the Case Management Order, the Court ordered the Debtor to file a status report addressing several topics. The Debtor presents this Status Report to address each topic, with the appropriate heading, in order set forth in the Case Management Order:

**A.     The nature of the Debtor's business, its primary place of business, the number of locations from which it operates, and the number of employees or independent contractors it utilizes in its normal business operations.**

4. The Debtor is a married individual and resident of the Commonwealth of Pennsylvania.

5. The Debtor primarily resides at 513 Gala Drive, Canonsburg, PA 15317.

6. The Debtor and his non-debtor wife work at Sarris Candies Inc., which is their primary source of income.

7. The Debtor does not have any employees or independent contractors in his individual capacity.

**B.     Status of the Debtor's required tax returns and filings and identity of known or unknown tax liabilities.**

8. The Debtor is current on his tax reporting requirements. The most recent filed tax return is the 2023 Form 1040 Federal Tax Return.

9. The Debtor scheduled known liabilities to the Pennsylvania Department of Revenue and the Internal Revenue Service.

10. The Pennsylvania Department of Revenue filed a claim in the total amount of $30,728.65, broken down as (i) a Secured Claim in the amount of $27,328.68, and (ii) a Priority Unsecured Claim in the amount of $3,459.97. The primary basis for the claim is Sales & Use Taxes.

11. The Internal Revenue Service is scheduled as a having a Priority Unsecured Claim in the approximate amount of $35,000. The claim is marked as Disputed. The Internal Revenue Service has not filed a claim as of the date of this Status Report.

**C.     Summary of efforts undertaken by the Debtor to attain a consensual Plan of Reorganization.**

12.    The Debtor is in the process of preparing financials for projected disposable income.

13.    Most of the Claims are General Unsecured Claims relating to personal guarantees related to business entities.

**D.     Additional Information**

14.    The Debtor was diagnosed with cancer on June 20, 2025. He is undergoing treatment.

15.    The Debtor is also in the process of making some corrections to the Bankruptcy Schedules.


It is so reported.

                                                          **Respectfully submitted,**

**DATED:** July 24, 2025                    **CALAIARO VALENCIK**

                                                          **BY:** /s/ Donald R. Calaiaro
Donald R. Calaiaro, Esq.  PA ID No. 27538

555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone:     (412) 232-0930
Fax:       (412) 232-3858
Email:     dcalaiaro@c-vlaw.com