IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-21608-JCM |
| | : | | |
| Norman R. Candelore, Jr. | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/7/2025 |
| | : | Time: | 01:30 |

### PROCEEDING MEMO

**MATTER**    #1 Subchapter V Initial Status Conference

**APPEARANCES:**

    Debtor:    Andrew Pratt
    Subchapter V Trustee: Crystal Thornton-Illar
    U.S. Trustee:    William Buchanan

**NOTES:**

Pratt:    Debtor is an executive with Sarris candies. He had a dog salon sold prior to the bankruptcy that had some business debt. He had some outstanding tax obligations as a responsible party.

Buchanan:    The U.S. Trustee did request various items from the Debtor and we are still looking to confirm the status of the bank accounts.

**OUTCOME:**    Case to proceed in the normal course.

SIGNED
8/7/25 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA