IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Norman R. Candelore, Jr.,    Case No:  25-21608-JCM

Chapter 11

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Justin P. Schantz, Esq., as counsel to Creditor Richard Jones, requests that pursuant to the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Justin P. Schantz, Esq.
David A. Colecchia and Associates
324 South Maple Avenue, 2nd Floor
Greensburg, Pa 15601
(724)-837-2320
Fax: (724)-837-0602
jschantz@my-lawyers.us

DECLARATION IN LIEU OF AFFIDAVIT

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, telephone or otherwise.

Dated:  10/16/2025                                         /s/Justin P. Schantz
                                                           Justin P. Schantz, Esquire
                                                           PA.I.D.No. 210198
                                                           David A. Colecchia and Associates
                                                           324 South Maple Ave.
                                                           Greensburg, PA 15601
                                                           (724)-837-2320
                                                           Fax: (724)-837-0602
                                                           jschantz@my-lawyers.us