# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case Number: 25-21608 JCM |
| NORMAN R. CANDELORE, JR. | Chapter 11 (subchapter V) |
| Debtor. | ECF. No. |
| _____ | Related to ECF No. 68 |
| UNITED STATES TRUSTEE, | **Hearing Date & Time**: |
| Movant, | **January 8, 2026 at 1:30 p.m.** |
| v. | **Response Deadline**: |
| NORMAN R. CANDELORE, JR. | **December 22, 2025** |
| Respondent. | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF UNITED STATES TRUSTEE TO DISMISS OR CONVERT DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **December 22, 2025** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **January 8, 2026, at 1:30 p.m**. before Judge John C. Melaragno in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: December 1, 2025

Respectfully Submitted,
ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

By: <u>*/s/ William Buchanan*</u>
William Buchanan, Trial Attorney
PA ID NO. 202843
1000 Liberty Ave., St. 1316
Pittsburgh, Pennsylvania 15222
(412) 644-4779 Telephone
(412) 644-4785 Facsimile
william.buchanan@usdoj.gov