# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case Number: 25-21608 JCM |
| NORMAN R. CANDELORE, JR. | Chapter 11 (subchapter V) |
| Debtor. | ECF. No. |
| _____ | Related to ECF Nos. 68-69 |
| UNITED STATES TRUSTEE, | **Hearing Date & Time:** |
| Movant, | **January 8, 2026 at 1:30 p.m.** |
| v. | **Response Deadline:** |
| NORMAN R. CANDELORE, JR. | **December 22, 2025** |
| Respondent. | |

## CERTIFICATE OF SERVICE OF MOTION OF THE UNITED STATES TRUSTEE TO DISMISS OR CONVERT DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

I certify under penalty of perjury that I served the United States Trustee's Motion to Dismiss or Convert Debtor's Chapter 11 Case Pursuant to 11 U.S.C. §1112(b) on December 1, 2025.  The type of service made was by first class U.S. Mail on the attached mailing matrix.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 1, 2025              By:/s/ *Guadalupe Bolanos*
                                     Guadalupe Bolanos
                                     BMC Group, Inc.
                                     Approved Bankruptcy Notice Provider
                                     info@bmcgroup.com;
                                     888.909.0100

**Exhibit A - Certificate of Service**
**Norman R. Candelore, Jr. 25-21608**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 27302 | 4704 Associates, LLC , 421 Neals Run Road, Champion, PA, 15622-3108 | First Class |
| 27302 | 4704 Inc. , c/o Jason Kelley, Esquire, 424 S 27th St., Suite 210, Pittsburgh, PA, 15203-2379 | First Class |
| 27302 | 4704 LR Associates LLC , MBM Law Attn: Jason Kelley, 424 South 27th Street, Suite 210, Pittsburgh, PA, 15203-2379 | First Class |
| 27302 | Bethel Park , 1702 Lincoln Way, White Oak, PA, 15131-1716 | First Class |
| 27302 | BH Funding Company , 1233 McDonald Ave., Brooklyn, NY, 11230-3322 | First Class |
| 27302 | BH Funding Source Inc. , c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI, 49240-0247 | First Class |
| 27302 | Blue Rock Capital Group , 10 W 37th Street, RM 602, New York, NY, 10018-7473, United States of America | First Class |
| 27302 | Capital One , Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT, 84130-0285 | First Class |
| 27302 | Capital One N.A. , by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC, 28272-1083 | First Class |
| 27302 | CFG Merchant Solutions , 180 Maiden Lane, 15th Floor, New York City, NY, 10038-5150 | First Class |
| 27302 | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO, NY, 14240-3220 | First Class |
| 27302 | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO, NY, 14240-3220 | First Class |
| 27302 | Credit One Bank , Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV, 89113-2273 | First Class |
| 27302 | Crystal H. Thornton-Illar , LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA, 15219-1728 | First Class |
| 27302 | Cynthia A. Candelore , 513 Gala Dr., Canonsburg, PA, 15317-3286 | First Class |
| 27302 | D&T Enterprise , 5007 Clydesdale Court, Murrysville, PA, 15668-1512 | First Class |
| 27302 | Darry Oliver , 268 Spectrum Road, Summerville, SC, 29486-0902 | First Class |
| 27302 | Donald R. Calaiaro , Calaiaro Valencik, 555 Grant Street, Suite 300, Pittsburgh, PA, 15219-4408, United States of America | First Class |
| 27302 | Finleyville , 561 McClelland Road, Finleyville, PA, 15332-9748 | First Class |
| 27302 | First Digital Card , Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD, 57118-5650 | First Class |
| 27302 | First Premier Bank , 3820 N Louise Avenue, Sioux Falls, SD, 57107-0145 | First Class |
| 27302 | Funders App LLC d/b/a Link Advance , c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI, 49240-0247 | First Class |
| 27302 | Funders App, LLC , 3223 North East 163rd St., Suite 401, North Miami Beach, FL, 33160 | First Class |
| 27302 | Genesis FS Card Services , Attn: Bankruptcy, Po Box 4477, Beaverton, OR, 97076-4401 | First Class |
| 27302 | HCPPC , 319 Fineview Drive, Canonsburg, PA, 15317-3030 | First Class |
| 27302 | Home Depot , P.O. Box 790345, Saint Louis, MO, 63179-0345 | First Class |
| 27302 | Internal Revenue Service , P.O. Box 7502501, Cincinnati, OH, 45280 | First Class |
| 27302 | Jason J. Kelley, Esquire , 424 S. 27th Street, Pittsburgh, PA, 15203-2379 | First Class |
| 27302 | Jeff Oliver , 104 Fairt Street, Carmichaels, PA, 15320-1324 | First Class |
| 27302 | Jim Pelissero , 1115 West Main Street, Monongahela, PA, 15063-2847 | First Class |
| 27302 | LAKEVIEW LOAN SERVICING, LLC | None |
| 27302 | Lakeview Loans , P.O. Box 8068, Virginia Beach, VA, 23450-8068, United States of America | First Class |
| 27302 | Laura Helbling , P & H Business Services, P.C | None |
| 27302 | LoanCare, LLC , 3637 Sentara Way, Virginia Beach, VA, 23452-4262, United States of America | First Class |
| 27302 | MRV BANKS, 871 STE GENEVIEVE DR, STE GENEVIEVE, MO, 63670-1406 | First Class |
| 27302 | MRV Banks , 2700 S. Lorraine Place, Sioux Falls, SD, 57106-3657 | First Class |
| 27302 | Norman R. Candelore Jr., 513 Gala Dr., Canonsburg, PA, 15317-3286 | First Class |
| 27302 | Office of Attorney General, Department of Re, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA, 15222-4227 | First Class |
| 27302 | PA Department of Revenue , 1854 Brookwood Street, Harrisburg, PA, 17104-2244 | First Class |
| 27302 | Patricia L. McGrail, Esquire , McGrail & Associates, LLC, Saint Louis, MO, 63179 | First Class |
| 27302 | Pennsylvania Department of Revenue , Bankruptcy Division PO BOX 280946, Harrisburg, PA, 17128-0946 | First Class |
| 27302 | Plusfinance/cws , Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY, 11804-9222 | First Class |
| 27302 | Quick Funding Group , 157 Church Street, New Haven, CT, 06510-2100 | First Class |
| 27302 | Resurgent Receivables, LLC , Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 | First Class |
| 27302 | Richard Jones , 7155 Barry Road, Alexandria, VA, 22315-3408 | First Class |
| 27302 | Richard Jones , 7155 Barry Road, Alexandria, VA, 22315-3408 | First Class |
| 27302 | Richard Lawson , 561 McClelland Road, Finleyville, PA, 15332-9748 | First Class |
| 27302 | Sinclair Funding Group , 1100 Coney Island Ave., Brooklyn, NY, 11230-2342 | First Class |
| 27302 | Steven P. Engel, Esquire , MBM Law, Southside Works, 424 S. 27th St., Suite 210, Pittsburgh, PA, 15203-2379 | First Class |
| 27302 | Summit Holdings , 336 Rock Run Road, Elizabeth, PA, 15037-2449 | First Class |
| 27302 | Synovus Bank , 2700 S. Lorraine Place, Sioux Falls, SD, 57106-3657 | First Class |
| 27302 | Total Visa/tbom/vt , Po Box 89028, Sioux Falls, SD, 57109-9028 | First Class |
| 27302 | UPGRADE  INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX, AZ, 85004-4422 | First Class |
| 27302 | WebBank/OneMain , Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT, 84111-2336 | First Class |