# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                :        Case No.:   25-21608-JCM
                                      :
Norman R. Candelore, Jr.              :        Chapter:    11
                                      :
    *Debtor(s).*                     :
                                      :        Date:       12/4/2025
                                      :        Time:       01:30

## PROCEEDING MEMO

**MATTER**: #49 Chapter 11 Small Business Subchapter V Plan Confirmation Hearing
#59 Objection by PA Department of Revenue
#62 Objection by Richard Jones
#67 Objection by US Trustee

**APPEARANCES**:
Debtor:              Andrew Pratt
Subchapter V Trustee: John Steiner
U.S. Trustee:        William M. Buchanan
PA Dept. of Revenue: Lauren Michaels
Richard Jones:       Justin Schantz

**NOTES**:

J.:    The Court is concerned that this Debtor failed to disclose his other business interests.

**OUTCOME**:    Chambers to enter order.

SIGNED
12/8/25 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA