IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| NORMAN R. CANDELORE, JR., | : | Case No. 25-21608-JCM |
| *Debtor.* | : | Chapter 11 |
| | : | |
| | : | Related to Doc. Nos. 49 |
| | : | |
| | : | |
| | : | |

**ORDER**

AND NOW, this **8th** day of **December 2025**, after hearing held on December 4, 2025 on confirmation of the *Small Business Debtor's Chapter 11 Subchapter V Plan Dated September 18, 2025* (Doc. 49) ("Plan"), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The *Plan is* **DISMISSED.**

2. All outstanding Monthly Operating Reports and all outstanding Periodic Related Entity Reports shall be filed **on or before December 24, 2025.**

3. **On or before January 19, 2026**, the Debtor shall file an Amended Subchapter V Plan.

BY THE COURT:

_____
John C. Melaragno, Judge
United States Bankruptcy Court
SIGNED
12/8/25 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21608-JCM |
| Norman R. Candelore, Jr. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

**Recip ID        Recipient Name and Address**
db            + Norman R. Candelore, Jr., 513 Gala Dr., Canonsburg, PA 15317-3286

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

**Name            Email Address**

Crystal H. Thornton-Illar
            cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com

Denise Carlon
            on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

Donald R. Calaiaro
            on behalf of Debtor Norman R. Candelore Jr. dcalaiaro@c-vlaw.com,
            kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Justin P. Schantz
            on behalf of Creditor Richard Jones jschantz@my-lawyers.us
            colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Lauren Michaels

on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

William M. Buchanan
on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov williammbuchanan@yahoo.com;ddefoor@cohenseglias.com

TOTAL: 7