IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:   25-21608-JCM |
| | : | |
| Norman R. Candelore, Jr. | : | Chapter:   11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:   1/8/2026 |
| | : | Time:   01:30 |

## PROCEEDING MEMO

**MATTER**   #68 Motion to Dismiss or Convert Case by the U.S. Trustee
   #77 Response by Debtor

**APPEARANCES:**

   Debtor:   Andrew Pratt + Debtor
   Subchapter V Trustee:   Crystal H. Thornton-Illar
   United States Trustee:   William M. Buchanan
   Richard Jones:   David Colecchia

**NOTES:**

Buchanan:   We continued this hearing from the last hearing. Besides the MORs being filed, there is still missing information, including responses to the Trustee's initial inquiries. The Debtor has not filed periodic reports for his companies as required by the Court twice now. There has been no information on business transactions, cash withdrawals, and ATM withdrawals in Debtor's pre and postpetition bank statements. We do not have a universe of bank accounts. The statements provided did not have check receipts attached. It has been six or seven months, and we believe at this point conversion is the appropriate step.

Thornton-Illar:   I support the motion to convert. I would like to review the requested information as well.

Pratt:   I understand that this is not an ideal situation for the Debtor. We have been impractically slow in responding to requests.

Colecchia:   I do not believe this Debtor has the necessary insurance or worker's comp insurance in order to operate. Because of that, the estate is threatened. We are demanding immediate conversion in this case.

**OUTCOME:**   Case to be converted. Chambers to enter order.

SIGNED
1/8/26 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA