| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Norman R. Candelore Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–4237 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 11    6/20/25 |
| Case number: | 25–21608–JCM | Date case converted to chapter: | 7    1/8/26 |

### Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Norman R. Candelore Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 513 Gala Dr. <br> Canonsburg, PA 15317 | |
| 4. | **Debtor's attorney** <br> Name and address | Donald R. Calaiaro <br> Calaiaro Valencik <br> 555 Grant Street <br> Suite 300 <br> Pittsburgh, PA 15219 | Contact phone 412–232–0930 <br><br> Email: dcalaiaro@c–vlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Pamela J. Wilson <br> 810 Vermont Avenue <br> Pittsburgh, PA 15234 | Contact phone 412–341–4323 <br><br> Email: pwilson@pjwlaw.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                page 1

| 6. Bankruptcy clerk's office | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/8/26 |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 20, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 785 519 6660, and Passcode 9708427555, call 1–412–286–0582**<br><br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/21/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/19/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/16/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21608-JCM |
| Norman R. Candelore, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 08, 2026 | Form ID: 309B | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norman R. Candelore, Jr., 513 Gala Dr., Canonsburg, PA 15317-3286 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | William M. Buchanan, DOJ-Ust, 1000 Liberty Avenue, Ste 1316, Pittsburgh, PA 15222-4013 |
| cr | | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222 UNITED STATES 15222-4227 |
| 16554313 | + | 4704 Associates, LLC, 421 Neals Run Road, Champion, PA 15622-3108 |
| 16548102 | + | 4704 Inc., c/o Jason Kelley, Esquire, 424 S 27th St., Suite 210, Pittsburgh, PA 15203-2379 |
| 16558839 | + | 4704 LR Associates LLC, MBM Law Attn: Jason Kelley, 424 South 27th Street, Suite 210, Pittsburgh, PA 15203-2379 |
| 16548104 | + | BH Funding Company, 1233 McDonald Ave., Brooklyn, NY 11230-3322 |
| 16571840 | + | BH Funding Source Inc., c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 16548103 | + | Bethel Park, 1702 Lincoln Way, White Oak, PA 15131-1716 |
| 16548105 | + | Blue Rock Capital Group, 10 W 37th Street, RM 602, New York, NY 10018-7473 |
| 16548111 | + | Cynthia A. Candelore, 513 Gala Dr., Canonsburg, PA 15317-3286 |
| 16548112 | + | D&T Enterprise, 5007 Clydesdale Court, Murrysville, PA 15668-1512 |
| 16548113 | + | Darry Oliver, 268 Spectrum Road, Summerville, SC 29486-0902 |
| 16548114 | + | Finleyville, 561 McClelland Road, Finleyville, PA 15332-9748 |
| 16571837 | + | Funders App LLC d/b/a Link Advance, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 16548117 | | Funders App, LLC, 3223 North East 163rd St., Suite 401, North Miami Beach, FL 33160 |
| 16548119 | + | HCPPC, 319 Fineview Drive, Canonsburg, PA 15317-3030 |
| 16548121 | | Internal Revenue Service, P.O. Box 7502501, Cincinnati, OH 45280 |
| 16558838 | + | Jason J. Kelley, Esquire, 424 S. 27th Street, Pittsburgh, PA 15203-2379 |
| 16548122 | #+ | Jeff Oliver, 104 Fairt Street, Carmichaels, PA 15320-1324 |
| 16548123 | + | Jim Pelissero, 1115 West Main Street, Monongahela, PA 15063-2847 |
| 16548125 | + | PA Department of Revenue, 1854 Brookwood Street, Harrisburg, PA 17104-2244 |
| 16548126 | | Patricia L. McGrail, Esquire, McGrail & Associates, LLC, Saint Louis, MO 63179 |
| 16548128 | + | Quick Funding Group, 157 Church Street, New Haven, CT 06510-2100 |
| 16548130 | + | Richard Jones, 7155 Barry Road, Alexandria, VA 22315-3408 |
| 16554315 | + | Richard Lawson, 561 McClelland Road, Finleyville, PA 15332-9748 |
| 16548131 | + | Sinclair Funding Group, 1100 Coney Island Ave., Brooklyn, NY 11230-2342 |
| 16554316 | + | Steven P. Engel, Esquire, MBM Law, Southside Works, 424 S. 27th St., Suite 210, Pittsburgh, PA 15203-2379 |
| 16548132 | + | Summit Holdings, 336 Rock Run Road, Elizabeth, PA 15037-2449 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dcalaiaro@c-vlaw.com | Jan 08 2026 23:54:00 | Donald R. Calaiaro, Calaiaro Valencik, 555 Grant Street, Suite 300, Pittsburgh, PA 15219 |
| aty | + | EDI: BJPSCHANTZ | Jan 09 2026 04:51:00 | Justin P. Schantz, Law Care, 324 S. Maple Avenue, 2nd Floor, Greensburg, PA 15601-3219 |
| aty | + | Email/Text: lmichaels@attorneygeneral.gov | | |

Case 25-21608-JCM    Doc 90    Filed 01/10/26    Entered 01/11/26 00:28:41    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 309B | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 08 2026 23:54:00 | Lauren Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| tr | + | EDI: QPJWILSON.COM | | |
| | | | Jan 09 2026 04:51:00 | Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| smg | | EDI: PENNDEPTREV | | |
| | | | Jan 09 2026 04:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | | |
| | | | Jan 08 2026 23:54:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16548107 | + | Email/Text: jpaige@cfgms.com | | |
| | | | Jan 08 2026 23:54:00 | CFG Merchant Solutions, 180 Maiden Lane, 15th Floor, New York City, NY 10038-5150 |
| 16548108 | | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | Jan 08 2026 23:54:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 16548109 | | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | Jan 08 2026 23:54:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16548106 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 09 2026 04:51:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16559354 | | EDI: CAPITALONE.COM | | |
| | | | Jan 09 2026 04:51:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16548110 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jan 09 2026 00:01:23 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16548115 | ^ | MEBN | | |
| | | | Jan 08 2026 23:52:38 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 16548116 | + | EDI: AMINFOFP.COM | | |
| | | | Jan 09 2026 04:51:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16548118 | + | EDI: PHINGENESIS | | |
| | | | Jan 09 2026 04:51:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16548120 | + | EDI: CITICORP | | |
| | | | Jan 09 2026 04:51:00 | Home Depot, P.O. Box 790345, Saint Louis, MO 63179-0345 |
| 16548124 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Jan 08 2026 23:54:00 | Lakeview Loans, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 16571440 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Jan 08 2026 23:54:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16548129 | | Email/Text: cscommunications@mrvbanks.com | | |
| | | | Jan 08 2026 23:54:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 16549690 | + | EDI: TCISOLUTIONS.COM | | |
| | | | Jan 09 2026 04:51:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16551969 | + | EDI: PENNDEPTREV | | |
| | | | Jan 09 2026 04:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 16548127 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 09 2026 00:01:11 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 16569130 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 09 2026 00:01:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16549663 | ^ | MEBN | | |
| | | | Jan 08 2026 23:52:54 | Synovus Bank, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16548133 | + | EDI: TCISOLUTIONS.COM | | |
| | | | Jan 09 2026 04:51:00 | Total Visa/tbom/vt, Po Box 89028, Sioux Falls, SD 57109-9028 |
| 16548134 | | Email/Text: bknotice@upgrade.com | | |
| | | | Jan 08 2026 23:54:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

| 16548135 | + EDI: AGFINANCE.COM | | Jan 09 2026 04:51:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| acc | | Laura Helbling, P & H Business Services, P.C |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Richard Jones, 7155 Barry Road, Alexandria, VA 22315-3408 |
| 16554314 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Norman R. Candelore Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Justin P. Schantz | on behalf of Creditor Richard Jones jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| William M. Buchanan | on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov williammbuchanan@yahoo.com;ddefoor@cohenseglias.com |

District/off: 0315-2        User: auto        Page 4 of 4

Date Rcvd: Jan 08, 2026        Form ID: 309B        Total Noticed: 57

TOTAL: 8