**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 25-21608-JCM |
| Norman R. Candelore, Jr., | ) **Chapter** 7 |
| | ) **Related Document No. 82** |
| **Debtor.** | ) **Document No.** |

**Respondent**

### DEBTOR'S REPORT UNDER BANKRUPTCY RULE 1019

**AND NOW**, comes the Debtor, Norman R. Candelore, Jr., by and through his attorney, Donald R. Calaiaro and Calaiaro Valencik, and presents the following:

1. The Debtor hereby incorporates its petition and schedules filed in the Chapter 13 case as the petition and schedules in this Chapter 7 case.

2. The Debtor did not acquire property after the commencement of the Chapter 11 case and before the case was converted. Except the debtor did receive some post-petition payments on the account receivable.

3. The Debtor has not assumed or rejected executory contracts after the commencement of the Chapter 11 case and before the case was converted.

4. The Debtor did not incur new unpaid debt during the Chapter 11 case.

**Respectfully submitted,**

**DATED:** January 16, 2026

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. 27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**555 Grant Street, Suite 300**
**Pittsburgh, PA  15219**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 25-21608-JCM |
| Norman R. Candelore, Jr., | ) **Chapter** 7 |
| | ) **Related Document No.** |
| **Debtor.** | ) **Document No.** |

## CERTIFICATE OF SERVICE of
## Debtor's Report Under Bankruptcy Rule 1019

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 16, 2026.

Pamela J. Wilson, pwilson@pjwlaw.net , pwilson@ecf.axosfs.com

Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed On:** January 16, 2026          **BY:**   /s/ Donald R. Calaiaro
                                            **Donald R. Calaiaro, Esquire**
                                            **PA I.D. 27538**
                                            dcalaiaro@c-vlaw.com
                                            **CALAIARO VALENCIK**
                                            **555 Grant Street, Suite 300**
                                            **Pittsburgh, PA  15219**
                                            **(412) 232-0930**