# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bank. Case No. 25-21608-JCM |
| NORMAN R. CANDELORE, JR., | Chapter 7 |
| Debtor, | The Honorable John C. Melaragno |
| CRYSTAL H. THORNTON-ILLAR, the Subchapter V Trustee, | Related Document No. 97 |
| Movant, | Hearing Date and Time:<br>**February 26, 2026 @ 2:00 p.m.** |
| v. | Response Date: **February 16, 2026** |
| NORMAN R. CANDELORE, JR., | |
| Respondent. | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING THE FIRST AND FINAL APPLICATION OF CRYSTAL H. THORNTON-ILLAR FOR THE ALLOWANCE OF COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE</u>**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **February 16, 2026** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **February 26, 2026 at 2:00 p.m.** before Judge John C. Melaragno in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: January 29, 2026

                LEECH TISHMAN FUSCALDO & LAMPL, LLC

By: */s/ Crystal H. Thornton-Illar*
     Crystal H. Thornton-Illar
     PA I.D. No. 93003
     525 William Penn Place, 28th Floor
     Pittsburgh, Pennsylvania 15219
     Telephone:  412.261.1600
     Facsimile:   412.227.5551
     cthornton-illar@leechtishman.com