# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bank. Case No. 25-21608-JCM |
| NORMAN R. CANDELORE, JR., | Chapter 7 |
| Debtor. | The Honorable John C. Melaragno |
| CRYSTAL H. THORNTON-ILLAR, the Subchapter V Trustee, | Related Document Nos. 97 & 98 |
| Movant, | Hearing Date and Time:<br>**February 26, 2026 @ 2:00 p.m.** |
| v. | Response Date: **February 16, 2026** |
| NORMAN R. CANDELORE, JR., | |
| Respondent. | |

**CERTIFICATE OF SERVICE REGARDING THE FIRST
AND FINAL APPLICATION OF CRYSTAL H. THORNTON-ILLAR FOR THE
ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE**

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the ***First and Final Application of Crystal H. Thornton-Illar for the Allowance of Compensation and Reimbursement of Expenses as the Subchapter V Trustee*** as set forth on the attached sheet.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: January 30, 2026

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No.93003
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone:  412.261.1600
Facsimile:   412.227.5551
cthornton-illar@leechtishman.com

**VIA ELECTRONIC MAIL AND THE COURT'S CM/ECF SYSTEM ON JANUARY 30, 2026:**

| | | |
|---|---|---|
| **William M. Buchanan**<br>DOJ-Ust<br>1000 Liberty Avenue<br>Ste 1316<br>Pittsburgh, PA 15222<br>william.buchanan@usdoj.gov | representing | **Office of the United States Trustee**<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov<br>*(U.S. Trustee)* |
| **Donald R. Calaiaro**<br>Calaiaro Valencik<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>dcalaiaro@c-vlaw.com | representing | **Norman R. Candelore, Jr.**<br>513 Gala Dr.<br>Canonsburg, PA 15317<br>*(Debtor)* |
| **Denise Carlon**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | representing | **LAKEVIEW LOAN SERVICING, LLC**<br>*(Creditor)* |
| **Lauren Michaels**<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>lmichaels@attorneygeneral.gov | representing | **Office of Attorney General, Department of Revenue**<br>Lauren A. Michaels<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>LMichaels@attorneygeneral.gov<br>*(Creditor)* |
| **Justin P. Schantz**<br>Law Care<br>324 S. Maple Avenue, 2nd Fl<br>Greensburg, PA 15601<br>jschantz@my-lawyers.us | representing | **Richard Jones**<br>7155 Barry Road<br>Alexandria, VA 22315-3408<br>*(Creditor)* |

**VIA FIRST-CLASS U.S. MAIL, POSTAGE PREPAID ON JANUARY 30, 2026:**

| | |
|---|---|
| 4704 Associates, LLC<br>Attn: President and/or General Counsel<br>421 Neals Run Road<br>Champion, PA 15622-3108 | 4704 Inc.<br>c/o Jason Kelley, Esq.<br>424 S. 27th Street, Suite 210<br>Pittsburgh, PA 15203-2379 |
| 4704 LR Associates LLC<br>MBM Law<br>Attn: Jason Kelley<br>424 South 27th Street, Suite 210<br>Pittsburgh, PA 15203-2379 | BH Funding Company<br>Attn: President and/or General Counsel<br>1233 McDonald Avenue<br>Brooklyn, NY 11230-3322 |
| BH Funding Source Inc.<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Bethel Park<br>Attn: President and/or General Counsel<br>1702 Lincoln Way<br>White Oak, PA 15131-1716 |
| Blue Rock Capital Group<br>Attn: President and/or General Counsel<br>10 W. 37th Street, RM 602<br>New York, NY 10018-7473 | CFG Merchant Solutions<br>Attn: President and/or General Counsel<br>180 Maiden Lane, 15th Floor<br>New York, NY 10038-5150 |
| Capital One<br>Attn: President and/or General Counsel<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NY 28272-1083 |
| Continental Finance Company<br>Attn: President and/or General Counsel<br>P.O. Box 3220<br>Buffalo, NY 14240-3220 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Road<br>Las Vegas, NV 89113-2273 |
| Cynthia A. Candelore<br>513 Gala Drive<br>Canonsburg, PA 15317-3286 | D&T Enterprise<br>Attn: President and/or General Counsel<br>5007 Clydesdale Court<br>Murrysville, PA 15668-1512 |
| Darry Oliver<br>268 Spectrum Road<br>Summerville, SC 29486-0902 | Finleyville<br>Attn: President and/or General Counsel<br>561 McClelland Road<br>Finleyville, PA 15332-9748 |

| | |
|---|---|
| First Digital Card<br>Attn: Bankruptcy<br>PO Box 85650<br>Sioux Falls, SD 57118-5650 | First Premier Bank<br>Attn: President and/or General Counsel<br>3820 N. Louise Avenue<br>Sioux Falls, SD 57107-0145 |
| Funders App LLC d/b/a Link Advance<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Funders App, LLC<br>Attn: President and/or General Counsel<br>3223 North East 163rd Street, Suite 401<br>North Miami Beach, FL 33160 |
| Genesis FS Card Services<br>Attn: Bankruptcy<br>P.O. Box 4477<br>Beaverton, OR 97076-4401 | HCPPC<br>Attn: President and/or General Counsel<br>319 Fineview Drive<br>Canonsburg, PA 15317-3030 |
| Home Depot<br>Attn: President and/or General Counsel<br>P.O. Box 790345<br>Saint Louis, MO 63179-0345 | Internal Revenue Service<br>P.O. Box 7502501<br>Cincinnati, OH 45280 |
| Jeff Oliver<br>104 Fairt Street<br>Carmichaels, PA 15320-1324 | Jim Pelissero<br>115 West Main Street<br>Monongahela, PA 15063-2847 |
| Lakeview Loans<br>Attn: President and/or General Counsel<br>P.O. Box 8068<br>Virginia Beach, VA 23450-8068 | LoanCare, LLC<br>Attn: President and/or General Counsel<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 |
| Merrick Bank<br>Resurgent Capital Services<br>Attn: President and/or General Counsel<br>P.O. Box 10368<br>Greenville, SC 29603-0368 | MRV Banks<br>Attn: President and/or General Counsel<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 |
| Department of Revenue<br>1854 Brookwood Street<br>Harrisburg, PA 17104-2244 | Patricia L. McGrail, Esq.<br>McGrail & Associates, LLC<br>1920 S. Kingshighway Blvd.<br>Saint Louis, MO 63110 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Plusfinance/CWS<br>Attn: Bankruptcy<br>P.O. Box 9222<br>Old Bethpage, NY 11804-9222 |

| | |
|---|---|
| Richard Jones<br>7155 Barry Road<br>Alexandria, VA 22315-3408 | Richard Lawson<br>561 McClelland Road<br>Finleyville, PA 15332-9748 |
| Sinclair Funding Group<br>Attn: President and/or General Counsel<br>1100 Coney Island Avenue<br>Brooklyn, NY 11230-2342 | Steven P. Engel, Esq.<br>MBM Law<br>Southside Works<br>424 S. 27th Street, Suite 210<br>Pittsburgh, PA 15203-2379 |
| Summit Holdings<br>Attn: President and/or General Counsel<br>336 Rock Run Road<br>Elizabeth, PA 15037-2449 | Synovus Bank<br>Attn: President and/or General Counsel<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 |
| Total Visa/TBOM/VT<br>Attn: President and/or General Counsel<br>P.O. Box 89028<br>Sioux Falls, SD 57109-9028 | Upgrade Inc.<br>Attn: President and/or General Counsel<br>2 N. Central Avenue, 10th Floor<br>Phoenix, AZ 85004-4422 |
| Webbank/OneMain<br>Attn: Bankruptcy<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111-2336 | Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234-1222 |
| Norman R. Candelore, Jr.<br>513 Gala Drive<br>Canonsburg, PA 15317-3286 | |