**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Bank. Case No. 25-21608-JCM |
| NORMAN R. CANDELORE, JR., | Chapter 7 |
| Debtor, | The Honorable John C. Melaragno |
| CRYSTAL H. THORNTON-ILLAR, the Subchapter V Trustee, | Document No. ___ |
| Movant, | Related to Doc. Nos. 97 & 98 |
| v. | Hearing Date and Time:<br>**February 26, 2026 @ 2:00 p.m.** |
| NORMAN R. CANDELORE, JR., | Response Date:  **February 16, 2026** |
| Respondent. | |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST AND FINAL
APPLICATION OF CRYSTAL THORNTON-ILLAR FOR THE
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS THE SUBCHAPTER V TRUSTEE**

1.      On January 29, 2026, Crystal H. Thornton-Illar, the Subchapter V Trustee (the "Subchapter V Trustee") filed her First and Final Application for Compensation and Reimbursement of Expenses (the "Application") [Docket No. 97].

2.      Pursuant to the Notice of Hearing with Response Deadline [Docket No. 98] (the "Notice"), responses, if any, to the Application were required to have been filed with the Bankruptcy Court on or before February 16, 2026 (the "Response Deadline").

3.      The Response Deadline has passed and no objections or responses to the Motion appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Motion that no hearing is required and accordingly enter an Order by default.

Respectfully submitted,

LEECH TISHMAN FUSCALDO &
LAMPL, LLC

Dated: February 17, 2026

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar, Esquire
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile:  412.227.5551
cthornton-illar@leechtishman.com

*Subchapter V Trustee*

-2-