**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                  Bankruptcy No.  25-21608-JCM

NORMAN R. CANDELORE, JR.

      Debtor(s)                                                    Chapter 7

PAMELA J. WILSON, Trustee                            Document No.

      Movant

      v.                                                              Related to Docs. 100, 104, 105
                                                                            Hearing Date:  2/26/2026, 2:00 p.m.
NO RESPONDENT

**CERTIFICATE OF NO OBJECTION REGARDING
TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Application to Employ Special Counsel filed on January 30, 2026, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than February 17, 2026.

It is hereby requested that the Order attached to the Application be entered by the Court.

Date:  2/18/2026                          */s/ Pamela J. Wilson*___
                                                     Pamela J. Wilson, Trustee
                                                     PA I.D. No. 77011
                                                     810 Vermont Avenue
                                                     Pittsburgh, PA 15234
                                                     412.341.4323
                                                     pwilson@pjwlaw.net