IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.:25-21608-JCM |
| | ) | |
| Norman R. Candelore, Jr., | ) | |
| LLC, | ) | |
| | ) | |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | Hearing Date and Time: |
| CRYSTAL H. THORNTON-ILLAR, | ) | |
| Subchapter V Trustee, | ) | |
| | ) | |
| Movant, | ) | Response Deadline: |
| | ) | |
| Norman R. Candelore, Jr. | ) | |
| | ) | |
| Respondent. | ) | |

**Chapter 11 Subchapter V Trustee's Report of No Distribution**

I, Crystal Thornton-Illar, having been appointed trustee of the estate of the above-named debtor, report that I collected funds totaling: $0.00. The case was converted with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on April 5, 2024, the Court ordered compensation of $6,686 to be awarded to the trustee. These funds have not yet been paid to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date: February 18, 2026

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
cthornton-illar@leechtishman.com
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600 (Phone)
(412) 261-5551 (Fax)