**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 25-21608-JCM |
| | ) | |
| Norman R. Candelore, Jr., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Related to Doc No. 97 |
| Crystal H. Thorton-Illar, the SubV Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |

### ORDER APPROVING COMPENSATION OF SUBCHAPTER V TRUSTEE

AND NOW, this 18th day of February, 2026, upon consideration of the Fee Application of Crystal H. Thorton-Illar (the "Applicant") for Final Allowance of Compensation and Reimbursement of Expenses as Subchapter V Trustee for the period from June 24, 2025 through January 8, 2026, notice being given and with good cause having been shown, it is hereby:

ORDERED, ADJUDGED, and DECREED that

1)    The Court allows and approves the fees of the Applicant in the total amount of $6,615.00 and expenses in the total amount of $71.00, on a final basis.

3)    The Applicant shall have a Chapter 11 Administrative Claim in the amount of the balance due of $6,686.

4)    This Court shall retain jurisdiction over all matters concerning this Order.

BY THE COURT:

_____jlm___
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
2/18/26 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-21608-JCM

Norman R. Candelore, Jr.                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

**Recip ID                          Recipient Name and Address**
+ Crystal H. Thornton-Illar, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Norman R. Candelore  Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Justin P. Schantz | on behalf of Creditor Richard Jones jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |

District/off: 0315-2                                  User: auto                                        Page 2 of 2

Date Rcvd: Feb 18, 2026                              Form ID: pdf900                                Total Noticed: 1

Lauren Michaels
              on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
              pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
              on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Ryan J Cooney
              on behalf of Trustee Pamela J. Wilson rcooney@cooneylawyers.com

William M. Buchanan
              on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov
              williammbuchanan@yahoo.com;ddefoor@cohenseglias.com


TOTAL: 10