**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Norman R. Candelore Jr.<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4237 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 25–21608–JCM | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Norman R. Candelore Jr.

6/22/26

**By the court:** John C Melaragno
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21608-JCM |
| Norman R. Candelore, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 23, 2026 | Form ID: 318 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Norman R. Candelore, Jr., 513 Gala Dr., Canonsburg, PA 15317-3286 |
| sp | + | Cooney Law Offices, LLC, 223 Fourth Avenue, 4th Floor, Pittsburgh, PA 15222-1717 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222 UNITED STATES 15222-4227 |
| 16554313 | + | 4704 Associates, LLC, 421 Neals Run Road, Champion, PA 15622-3108 |
| 16548102 | + | 4704 Inc., c/o Jason Kelley, Esquire, 424 S 27th St., Suite 210, Pittsburgh, PA 15203-2379 |
| 16558839 | + | 4704 LR Associates LLC, MBM Law Attn: Jason Kelley, 424 South 27th Street, Suite 210, Pittsburgh, PA 15203-2379 |
| 16548104 | + | BH Funding Company, 1233 McDonald Ave., Brooklyn, NY 11230-3322 |
| 16571840 | + | BH Funding Source Inc., c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 16548103 | + | Bethel Park, 1702 Lincoln Way, White Oak, PA 15131-1716 |
| 16548105 | + | Blue Rock Capital Group, 10 W 37th Street, RM 602, New York, NY 10018-7473 |
| 16548111 | + | Cynthia A. Candelore, 513 Gala Dr., Canonsburg, PA 15317-3286 |
| 16548112 | + | D&T Enterprise, 5007 Clydesdale Court, Murrysville, PA 15668-1512 |
| 16548113 | + | Darry Oliver, 268 Spectrum Road, Summerville, SC 29486-0902 |
| 16548114 | + | Finleyville, 561 McClelland Road, Finleyville, PA 15332-9748 |
| 16571837 | + | Funders App LLC d/b/a Link Advance, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 16548117 | | Funders App, LLC, 3223 North East 163rd St., Suite 401, North Miami Beach, FL 33160 |
| 16548119 | + | HCPPC, 319 Fineview Drive, Canonsburg, PA 15317-3030 |
| 16548121 | | Internal Revenue Service, P.O. Box 7502501, Cincinnati, OH 45280 |
| 16558838 | + | Jason J. Kelley, Esquire, 424 S. 27th Street, Pittsburgh, PA 15203-2379 |
| 16548122 | #+ | Jeff Oliver, 104 Fairt Street, Carmichaels, PA 15320-1324 |
| 16548123 | + | Jim Pelissero, 1115 West Main Street, Monongahela, PA 15063-2847 |
| 16548125 | + | PA Department of Revenue, 1854 Brookwood Street, Harrisburg, PA 17104-2244 |
| 16548126 | | Patricia L. McGrail, Esquire, McGrail & Associates, LLC, Saint Louis, MO 63179 |
| 16548128 | + | Quick Funding Group, 157 Church Street, New Haven, CT 06510-2100 |
| 16548130 | + | Richard Jones, 7155 Barry Road, Alexandria, VA 22315-3408 |
| 16554315 | + | Richard Lawson, 561 McClelland Road, Finleyville, PA 15332-9748 |
| 16548131 | + | Sinclair Funding Group, 1100 Coney Island Ave., Brooklyn, NY 11230-2342 |
| 16554316 | + | Steven P. Engel, Esquire, MBM Law, Southside Works, 424 S. 27th St., Suite 210, Pittsburgh, PA 15203-2379 |
| 16548132 | + | Summit Holdings, 336 Rock Run Road, Elizabeth, PA 15037-2449 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 24 2026 04:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16548107 | + | Email/Text: BKMail@cfgms.com | Jun 24 2026 00:29:00 | CFG Merchant Solutions, 180 Maiden Lane, 15th Floor, New York City, NY 10038-5150 |

| | | | | |
|---|---|---|---|---|
| 16548108 | | Email/Text: cfcbackoffice@contfinco.com | Jun 24 2026 00:29:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 16548109 | | Email/Text: cfcbackoffice@contfinco.com | Jun 24 2026 00:29:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 16548106 | + | EDI: CAPITALONE.COM | Jun 24 2026 04:25:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16559354 | | EDI: CAPITALONE.COM | Jun 24 2026 04:25:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16548110 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2026 00:28:24 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16548115 | ^ | MEBN | Jun 24 2026 00:24:09 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 16548116 | + | EDI: AMINFOFP.COM | Jun 24 2026 04:25:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16548118 | + | EDI: PHINGENESIS | Jun 24 2026 04:25:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 16548120 | + | EDI: CITICORP | Jun 24 2026 04:25:00 | Home Depot, P.O. Box 790345, Saint Louis, MO 63179-0345 |
| 16548124 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 24 2026 00:29:00 | Lakeview Loans, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 16571440 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 24 2026 00:29:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16626665 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2026 00:28:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16548129 | | Email/Text: connectcommunications@mrvbanks.com | Jun 24 2026 00:29:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 16549690 | + | EDI: TCISOLUTIONS.COM | Jun 24 2026 04:25:00 | MRV Banks, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16551969 | + | EDI: PENNDEPTREV | Jun 24 2026 04:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 16548127 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2026 00:28:09 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 16569130 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2026 00:28:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16549663 | ^ | MEBN | Jun 24 2026 00:24:35 | Synovus Bank, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16548133 | + | EDI: TCISOLUTIONS.COM | Jun 24 2026 04:25:00 | Total Visa/tbom/vt, Po Box 89028, Sioux Falls, SD 57109-9028 |
| 16548134 | | Email/Text: bknotice@upgrade.com | Jun 24 2026 00:29:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 16548135 | + | EDI: AGFINANCE.COM | Jun 24 2026 04:25:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

| | | |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| acc | | Laura Helbling, P & H Business Services, P.C |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Richard Jones, 7155 Barry Road, Alexandria, VA 22315-3408 |
| 16554314 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| David Z. Valencik | on behalf of Debtor Norman R. Candelore Jr. dvalencik@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Norman R. Candelore Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Justin P. Schantz | on behalf of Creditor Richard Jones jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Ryan J Cooney | on behalf of Trustee Pamela J. Wilson rcooney@cooneylawyers.com |
| William M. Buchanan | on behalf of U.S. Trustee Office of the United States Trustee william.buchanan@usdoj.gov williammbuchanan@yahoo.com;ddefoor@cohenseglias.com |

TOTAL: 11